JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY BELDON,<br><br>    Plaintiff,<br><br>    v.<br><br>HALF OFF BOOKS,<br>KEENAN ROARK,<br>DIANE COX,<br>and DOES 1 to 10,<br><br>    Defendants. | Case CV12-2706-RSWL (AJWx)<br><br>ORDER DISMISSING ENTIRE ACTION [13] |

    Based on the parties' stipulation, the case is dismissed without prejudice, however the court retains ancillary jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Date:  August 23, 2012

RONALD S.W. LEW
_____
Hon. Judge Ronald S. W. Lew
Senior, U.S. District Court Judge